1  Harry Shulman, Esq. (State Bar No. 209908)
   harry@millslawfirm.com
2  THE MILLS LAW FIRM
3  145 Marina Boulevard
   San Rafael, California 94901
4  Telephone: (415) 455-1326
   Facsimile: (415) 455-1327
5
6  Michael J. Freed (*pro hac vice* to be submitted)
   mfreed@fklmlaw.com
7  Steven A. Kanner *(pro hac vice* to be submitted)
   skanner@fklmlaw.com
8  William H. London
   wlondon@fklmlaw.com
9  Douglas A. Millen (*pro hac vice* to be submitted)
   dmillen@fklmlaw.com
10 FREED KANNER LONDON & MILLEN LLC
11 2201 Waukegan Road, Suite 130
   Bannockburn, IL 60015
12 Telephone: (224) 632-4500
   Facsimile: (224) 632-4519
13

***Attorneys for Plaintiff Westell Technologies Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 4944  BZ

| | |
|---|---|
| WESTELL TECHNOLOGIES INC., on behalf of itself and all others similarly situated, | No. |
| Plaintiff, | Honorable |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON | **NOTICE OF RELATED CASES PURSUANT TO CIVIL L. R. 3-12** |

- 1 -    NOTICE OF RELATED CASES

| | |
|---|---|
| 1 | SEMICONDUCTOR PRODUCTS, INC.; : |
| | CRUCIAL TECHNOLOGY, INC.; : |
| 2 | RENESAS TECHNOLOGY CORPORATION; : |
| | RENESAS TECHNOLOGY AMERICA, : |
| 3 | INC.; TOSHIBA CORPORATION; : |
| | TOSHIBA AMERICA CORPORATION; : |
| 4 | TOSHIBA AMERICA ELECTRONIC : |
| | COMPONENTS, INC.; HITACHI, LTD.; : |
| 5 | HITACHI AMERICA, LTD.; HITACHI : |
| 6 | ELECTRONIC DEVICES (USA), INC.; : |
| | MITSUBISHI ELECTRIC CORPORATION; : |
| 7 | MITSUBISHI ELECTRIC & : |
| | ELECTRONICS USA, INC.; MOSEL : |
| 8 | VITELIC CORPORATION; MOSEL : |
| 9 | VITELIC CORPORATION (USA); SANDISK : |
| | CORPORATION; WINBOND ELECTRONICS: |
| 10 | CORPORATION; and WINBOND : |
| | ELECTRONICS CORPORATION : |
| 11 | AMERICA, : |
| 12 |          Defendants.        : |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-12, Plaintiff Westell Technologies, Inc. provides notice that the present case: (1) involves all or a material part of the same subject matter and all or substantially all of the same parties; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the following pending actions filed in this District are conducted before different Judges:

1. *Trong Nguyen, Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-0086-SBA

2. *A Computer Place, Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1020-SBA

3. *Miller v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1147-SBA

4. *Burke v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1236-SBA

5. *Perkins v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1360-SBA

6. *Burt v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1388-SBA

7.  *TechToysForLess v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1418-SBA*

8.  *Huh v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1459-SBA*

9.  *Burt v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1388-SBA*

10. *Krahmer v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1460-SBA*

11. *Alderman v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1489-SBA*

12. *Greenwell v. Samsung Electronics Co., Ltd., et al.; Case No. C-07-1524-SBA*

13. *Sweatman v. v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1613-SBA*

14. *Pellitteri v. v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1614-SBA*

15. *Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1665-SBA*

16. *Theisen v. Hitachi, Ltd., et al., Case No. C-07-1680-SBA*

17. *Davis v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1735-SBA*

18. *McClellan-Chambers v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1823-SBA*

19. *Juskiewicz v. Samsung Electronics Co., Ltd., et al., Case No. C-07-1829-SBA*

20. *Rippel v. Samsung Electronics Co., Ltd., et al., Case No. C-07-2066-SBA*

21. *Skorstad v. Samsung Electronics Co., Ltd., et al., Case No. C-07-2228-SBA*

22. *Young v. Samsung Electronics Co., Ltd., et al., Case No. C-07-2286-SBA*

23. *Calif-Coast Investigative Services v. Lexar Media, Inc., et al., Case No. C-07-3775-SBA*

24. *Harrison v. Samsung Electronics Co., Ltd., et al., Case No. C-07-3971-SBA*

25. *Cravens v. Lexar Media, Inc., et al., Case No. C-07-4082-SBA*

26. *Levy v. Samsung Electronics Co., Ltd., et al., Case No. C-07-4252-BZ*

27. *Thal v. Hitachi America, Ltd., Case No. C-07-4785-BZ*

| | | |
|---|---|---|
| 1 | DATED: September 24, 2007 | THE MILLS LAW FIRM |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Harry Shulman |

Harry Shulman, Esq. (State Bar No. 209908)
*harry@millslawfirm.com*
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Michael J. Freed (*pro hac vice* to be submitted)
*mfreed@fklmlaw.com*
Steven A. Kanner (*pro hac vice* to be submitted)
*skanner@fklmlaw.com*
William H. London
*wlondon@fklmlaw.com*
Douglas A. Millen (*pro hac vice* to be submitted)
*dmillen@fklmlaw.com*
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

***Attorneys for Plaintiff Westell Technologies Inc.***