Harry Shulman, Esq. (State Bar No. 209908)
*harry@millslawfirm.com*
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Michael J. Freed *(pro hac vice* submitted)
*mfreed@fklmlaw.com*
Steven A. Kanner *(pro hac vice* submitted)
*skanner@fklmlaw.com*
William H. London
*wlondon@fklmlaw.com*
Douglas A. Millen *(pro hac vice* submitted)
*dmillen@fklmlaw.com*
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

**Counsel for Plaintiff Westell Technologies, Inc.**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>        v.<br>Samsung Electronics Co., Ltd., et al.,<br><br>    Defendants. | Case No. C-07-4944-BZ<br><br>**DECLARATION OF HARRY SHULMAN PURSUANT TO GENERAL ORDER NO. 45** |

I, Harry Shulman, declare as follows:

    1.    I am an attorney with The Mills Law Firm. I am admitted to practice before the bar of this Court and many other federal courts, as well as all state courts in California and Colorado. I am counsel for Plaintiff Westell Technologies, Inc. in *Westell Technologies, Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-4944-

BZ. I submit this Declaration pursuant to General Order No. 45 pertaining to our failed attempts to access the ECF system on September 25, 2007.

2. On September 25, we attempted to access the ECF system at 12:11 p.m. and 1:13 p.m. Both attempts were unsuccessful, as the ECF system was down during that time. Based on the above-noted failures and General Order 45, we did not try to file for the remainder of the day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of September, 2007 at San Rafael, California.


*/s/ Harry Shulman*
Harry Shulman