Harry Shulman, Esq.  (State Bar No. 209908)
*harry@millslawfirm.com*
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone:  (415) 455-1326
Facsimile:  (415) 455-1327

Michael J. Freed (*pro hac vice* submitted)
*mfreed@fklmlaw.com*
Steven A. Kanner (*pro hac vice* submitted)
*skanner@fklmlaw.com*
William H. London
*wlondon@fklmlaw.com*
Douglas A. Millen (*pro hac vice* submitted)
*dmillen@fklmlaw.com*
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4521

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>Samsung Electronics Co., Ltd., et al.,<br><br>                    Defendants. | Case No. C-07-4944-BZ<br><br>**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS** |

The Motion to Appoint Interim Lead Class Counsel For Direct Purchaser Plaintiffs filed

by Freed Kanner London & Millen LLC came on regularly for hearing. The Court, having

[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS
[Case No.:  C-07-4944-BZ]

carefully considered the papers and pleadings on file and oral arguments of counsel, hereby

GRANTS the motion. It is hereby ORDERED that:

1.    Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), the Court appoints Freed

Kanner London & Millen LLC, Saveri & Saveri, Inc. and Pearson, Simon, Soter, Warhsaw &

Penny, LLP as Interim Lead Class Counsel for the direct purchaser plaintiff class.

2.    Interim Lead Class Counsel shall be responsible for the overall conduct of the

litigation on behalf of the direct purchaser plaintiff class as follows:

a.    To promote the orderly and efficient conduct of this litigation and to avoid

unnecessary duplication and unproductive efforts for all parties;

b.    To conduct all pretrial, trial and post-trial proceedings on behalf of plaintiffs;

c.    To sign any pleadings, motions, briefs, discovery requests or objections,

subpoenas or notices on behalf of plaintiffs;

d.    To determine and present in motions, briefs, oral argument or such other fashion

as may be appropriate, the position of all of the plaintiffs as to all matters arising

during pretrial and trial proceedings;

e.    To designate attorneys to act as spokespersons at pretrial conferences;

f.    To conduct or coordinate discovery on behalf of plaintiffs consistent with the

requirements of the Federal Rules of Civil Procedure, including the preparation of

joint interrogatories, requests for production of documents, requests for

admissions and the examination of witnesses in depositions;

g.    To designate attorneys to enter into stipulations necessary for the conduct of the

litigation with opposing counsel;

h. To make all work assignments, including the organization and formation of a Plaintiffs' Executive Committee and any subcommittees, whose role will be to assist in the prosecution of the consolidated action as directed and supervised by Interim Lead Class Counsel;

i. To collect time, lodestar and expense reports from each firm in the consolidated action, including paralegals and any other staff members whose time is expected to be included in any fee petition;

j. To employ and consult with experts;

k. To call meetings of plaintiffs' counsel when deemed appropriate;

l. To conduct settlement negotiations with defense counsel on behalf of plaintiffs and the putative direct purchaser class; and

m. To otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as the Interim Lead Class Counsel deems necessary or as authorized by further order of the Court.

3. The Interim Lead Class Counsel are hereby designated as the counsel for plaintiffs in the coordinated actions upon whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the coordinated actions shall be served, and defendants shall effect service of papers on the direct purchaser plaintiffs in the coordinated actions by serving each of the Interim Lead Class Counsel above. An agreement reached between defendant(s) and Interim Lead Class Counsel or their designee(s), shall be binding on all other plaintiffs' counsel in the direct purchaser coordinated actions.

4.    All counsel shall keep a daily record of their time spent and expenses incurred in connection with this litigation, indicating with specificity the hours, location, and particular activity.

Dated: _____          _____
                                         Honorable Saundra Brown Armstrong
                                         United States District Court