Harry Shulman, Esq. (State Bar No. 209908)
*harry@millslawfirm.com*
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Michael J. Freed (*pro hac vice* submitted)
*mfreed@fklmlaw.com*
Steven A. Kanner (*pro hac vice* submitted)
*skanner@fklmlaw.com*
William H. London
*wlondon@fklmlaw.com*
Douglas A. Millen (*pro hac vice* submitted)
*dmillen@fklmlaw.com*
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Counsel for Plaintiff Westell Technologies, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>    v.<br>Samsung Electronics Co., Ltd., et al.,<br><br>        Defendants. | Case No. C-07-4944-BZ<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

PLEASE TAKE NOTICE that Plaintiff Westell Technologies, Inc., pursuant to L.R. 3-12(b) and as defined by L.R. 1-5(m), is hereby lodging with the Court copies of the following documents, filed September 26, 2007 in *Nguyen v. Samsung Electronics Co., Ltd,*, Case No. C-07-0086-SBA.

      1. Plaintiff Westell Technologies, Inc.'s Administrative Motion To Consider Whether Cases Should Be Related.

2. [Proposed] Order on Plaintiff Westell Technologies, Inc.'s Administrative Motion To Consider Whether Cases Should Be Related.

3. Declaration of Harry Shulman In Support of Plaintiff Westell Technologies, Inc.'s Administrative Motion To Consider Whether Cases Should Be Related.

DATED: September 26, 2007                    Respectfully submitted,

**THE MILLS LAW FIRM**

By: /s/ *Harry Shulman*
Harry Shulman
Harry Shulman, Esq. (State Bar No. 209908)
*harry@millslawfirm.com*
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Michael J. Freed (*pro hac vice* submitted)
*mfreed@fklmlaw.com*
Steven A. Kanner (*pro hac vice* submitted)
*skanner@fklmlaw.com*
William H. London
*wlondon@fklmlaw.com*
Douglas A. Millen (*pro hac vice* submitted)
*dmillen@fklmlaw.com*
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521