Harry Shulman, Esq. (State Bar No. 209908)
harry@millslawfirm.com
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Michael J. Freed (*pro hac vice* submitted)
mfreed@fklmlaw.com
Steven A. Kanner (*pro hac vice* submitted)
skanner@fklmlaw.com
William H. London
wlondon@fklmlaw.com
Douglas A. Millen (*pro hac vice* submitted)
dmillen@fklmlaw.com
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Counsel for Plaintiff Westell Technologies, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Trong Nguyen, Inc. on behalf of itself and and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　　v.<br>Samsung Electronics Co., Ltd., et al.,<br>　　　　　Defendants.<br>THIS DOCUMENT RELATES TO:<br>Case No. C-07-4944-BZ<br><br>WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,<br>　　　　　Plaintiff,<br>　　　v.<br>Samsung Electronics Co., Ltd., et al., | Case No. C-07-0086-SBA<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>The Honorable Saundra B. Armstrong |

1  |   Defendants.   )
2
3       On September 26, 2007, Plaintiff Westell Technologies, Inc. filed an Administrative
4  Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The
5  time for filing an opposition or statement of support has passed. The Court having considered the
6  papers and pleadings on file, and good cause appearing,
7
8       HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases
9  Should be Related.
10      IT IS ORDERED that the following cases are related:
11      Case No. C-07-0086-SBA *Nguyen v. Samsung Electronics Co., Ltd., et al.*;
12      Case No. C-07-4944-BZ *Westell Technologies, Inc. v. Samsung Electronics Co., Ltd.,*
13  *et al.*
14
15
16      **IT IS SO ORDERED.**
17
18
19  Dated: _____        _____
20                                       The Honorable Saundra B. Armstrong
                                         Judge, United States District Court
21

[PROPOSED] ORDER RELATING CASES [Case No.: C-07-0086-SBA]

- 2 -