

Clerk's Use Only

Initial for fee pd.:

Douglas A. Millen
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
224.632.4500



FILED
SEP 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

        Plaintiff(s),

    v.

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).

CASE NO. C-07-4944-BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Douglas A. Millen, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Westell Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA 94901 Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/07



Clerk's Use Only
Initial for fee pd.:

Steven A. Kanner
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
224.632.4500

**FILED**
SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

        Plaintiff(s),

    v.

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).

CASE NO. C-07-4944-BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Steven A. Kanner, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Westell Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA 94901 Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/07


Clerk's Use Only.
Initial for fee pd.:

Michael J. Freed
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
224.632.4500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

        Plaintiff(s),

        v.

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).

CASE NO. C-07-4944-BZ

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Michael J. Freed, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Westell Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA 94901  Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/07

*Michael Freed*