

Douglas A. Millen
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
224.632.4500



FILED
SEP 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

        Plaintiff(s),

    v.

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).

CASE NO. C-07-4944-BZ

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Douglas A. Millen, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Westell Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA 94901  Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/07



Clerk's Use Only
Initial for fee pd.:

1  Steven A. Kanner
   Freed Kanner London & Millen LLC
   2201 Waukegan Road, Suite 130
   Bannockburn, IL 60015
   224.632.4500

2                UNITED STATES DISTRICT COURT

3                NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4
5  WESTELL TECHNOLOGIES, INC., on
   behalf of itself and all others similarly
   situated,
6                                              CASE NO. C-07-4944-BZ
                Plaintiff(s),
7
            v.                                 APPLICATION FOR
8                                              ADMISSION OF ATTORNEY
   Samsung Electronics Co., Ltd., et al.,     *PRO HAC VICE*
9
10
                Defendant(s).         /
11
        Pursuant to Civil L.R. 11-3, Steven A. Kanner                , an active member in
12
   good standing of the bar of  Supreme Court of Illinois and N.D. of Illinois  , hereby applies
13
   for admission to practice in the Northern District of California on a pro hac vice basis
14
   representing  Westell Technologies, Inc.       in the above-entitled action.
15
        In support of this application, I certify on oath that:
16
        1.    I am an active member in good standing of a United States Court or of the highest
17
              court of another State or the District of Columbia, as indicated above;
18
        2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
19
              Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
20
              become familiar with the Local Rules and the Alternative Dispute Resolution
21
              programs of this Court; and,
22
        3.    An attorney who is a member of the bar of this Court in good standing and who
23
              maintains an office within the State of California has been designated as co-
24
              counsel in the above-entitled action. The name, address and telephone number of
25
              that attorney is:
26
           Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA
27         94901  Tel. (415) 455-1326
        I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: 9/25/07

| | |
|---|---|
| Clerk's Use Only.<br>Initial for fee pd.: | Michael J. Freed<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>224.632.4500 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

        Plaintiff(s),

    v.

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).

CASE NO. C-07-4944-BZ

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Michael J. Freed, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Westell Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harry Shulman, The Mills Law Firm, 145 Marina Blvd., San Rafael, CA 94901  Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/07

*[signature: Michael Freed]*