RECEIVED
SEP 2 6 2007

UNITED STATES DISTRICT COURT

Northern District of California

WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

Samsung Electronics Co., Ltd., et al.,

Defendant(s).

CASE NO. C-07-4944-BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas A. Millen, an active member in good standing of the bar of Supreme Court of Illinois and N.D. of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130, Bannockburn, IL 60015
(224) 632-4500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Westell Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 27 Sept 07

Bernard Zimmerman
United States Magistrate Judge